IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:11CR3117 |
| ) | |
| RICARDO CARRANZA-BELTRAN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before this Court on Mr. Carranza-Beltran's motion to continue the deadline for filing his sentencing statement and any variance motion and supporting brief, filing 26. I find that said motion should be granted.

IT IS THEREFORE ORDERED that Carranza-Beltran shall file his sentencing statement regarding the Presentence Investigation Report and any variance motion with supporting brief no later than Friday, January 6, 2012.

Dated this 22nd day of December, 2011.

BY THE COURT:

s/ Warren K. Urbom

The Honorable Warren K. Urbom
United States Senior District Judge